AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:24-mj-184 | Date and time warrant executed: 5/16/24  0600 | Copy of warrant and inventory left with: Nathaneal Wilson |

Inventory made in the presence of:
Acting RAC Brandon

Inventory of the property taken and name(s) of any person(s) seized:

1 Revolver
Ammunition
1 Cellphone
Suspected Narcotics
Spent Casings

JL
JL
JL

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-17-24

*Executing officer's signature*

SA Joshua White
*Printed name and title*